IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BERNADETTE WAITES,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 10-cv-1487 |
| | : | |
| **KIRKBRIDE CENTER,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this  23RD  day of May, 2011, upon consideration of Defendant Kirkbride Center's Amended Motion for Summary Judgment (Doc. No. 20), Plaintiff's Response to Motion for Summary Judgment (Doc. No. 23), and Plaintiff's Supplemental Responses to Motion for Summary Judgment (Doc. Nos. 31 & 36), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that summary judgment is GRANTED only as to Plaintiff's ADA claim against Defendant. Summary judgment is DENIED in all other respects.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE