IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BERNADETTE WAITES,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 10-cv-1487 |
| | : | |
| **KIRKBRIDE CENTER,** | : | |
| Defendant. | : | |

**O R D E R**

AND NOW, this __30th__ day of July, 2012, upon consideration of Plaintiff Bernadette Waites's ("Plaintiff") Motion for Sanctions (Doc. No. 68) and Defendant Kirkbride Center's ("Defendant") response thereto (Doc. No. 72), as well as Plaintiff's Motion for New Trial (Doc. No. 71) and Defendant's response thereto (Doc. No. 75), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Plaintiff's motions are **DENIED**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE