**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BERNADETTE WAITES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KIRKBRIDE CENTER | : | NO. 2:10-cv-1487 |

## NOTICE OF APPEAL

Notice is hereby given that Bernadette Waites, plaintiff in the above named case, appeals

to the United States Court of Appeals for the Third Circuit from the Order denying Plaintiff's

Motion for New Trial entered in this action on July 30, 2012.

Date: <u>August 29, 2012</u>

/s/*Thomas More Holland*
**THOMAS MORE HOLLAND, ESQ.**
Attorney for Plaintiff
Law Offices of Thomas More Holland
1522 Locust Street
Philadelphia, PA 19102

<u>/</u>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice of appeal was served electronically upon the following parties in accordance with the applicable Rules of Civil Procedure:

John F. O'Riordan, Esquire
O'Riordan Law Firm
Two Liberty Place
50 South 16th Street
Philadelphia, PA 19102

Respectfully submitted,


By:     /s/ *Thomas More Holland*
        **THOMAS MORE HOLLAND, ESQ.**
        Attorney for Plaintiff

Dated: <u>August 29, 2012</u>